**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Marfa Cabinets LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FKA  Marfa Cabinets, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-4696240 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2050 South Mt Prospect Road <br> Suite E <br> Des Plaines, IL 60018 <br> Number, Street, City, State & ZIP Code | <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| Cook <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   marfacabinets.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Marfa Cabinets LLC**                                          Case number (*if known*) _____
          Name

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    Marfa Cabinets LLC    Case number (if known)
_____
Name

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name    _____
          Phone    _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Marfa Cabinets LLC                                          Case number (if known) _____
        Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 11, 2025
             MM / DD / YYYY

**X** /s/ Alexander Doroshko                          Alexander Doroshko
Signature of authorized representative of debtor       Printed name

Title   Manager

---

**18. Signature of attorney**

**X** /s/ Gregory K. Stern                          Date  August 11, 2025
Signature of attorney for debtor                          MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 427-1558        Email address   greg@gregstern.com

6183380 IL
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Marfa Cabinets LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alvic USA LLC 525 Recker Highway Auburndale, FL 33823 | | Trade Credit | | | | $103,000.00 |
| Ateres Ayala Inc. 3412 West Touhy Avenue Skokie, IL 60076 | | Rent Default | | | | $65,000.00 |
| Ayiva Capital Private Limited 68 Circular Road #02-01 Singapore   49422 | | IT Consultants | | | | $310,000.00 |
| Beyrak Family Office LLC 977 Sheridan Road Winnetka, IL 60093 | | Preferred Equity Loan | | | | $1,539,833.33 |
| Boyko 10 Plymouth Court Lincolnshire, IL 60069 | | Loan | | | | $364,583.30 |
| Dickinson Wright PLLC 2600 West Big Beaver Road Suite 300 Troy, MI 48084-3312 | | Services | | | | $65,439.50 |
| Eminent Funding LLC 369 Lexington Avenue 2nd and 3rd Floors New York, NY 10017 | | Accounts, payables intangibles, general intangibles, equipment, inventory | Disputed | $524,965.00 | $0.00 | $524,965.00 |
| Frank Paxton Lumber Company 5311 St John Avenue Kansas City, MO 64120 | | Trade Credit | | | | $115,000.00 |

Debtor    Marfa Cabinets LLC
_____

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HubSpot, inc. 25 First Street Cambridge, MA 02141 | | CRM Software | | | | $20,182.68 |
| Knightbridge Funding LLC 40 Wall Street Suite 2903 New York, NY 10005 | | Accounts, payables intangibles, general intangibles, equipment, inventory | Disputed | $85,000.00 | $0.00 | $85,000.00 |
| Liberty Funding Source 180 Maiden Lane Floor 10 New York, NY 10038 | | Accounts, payables intangibles, general intangibles, equipment, inventory | Disputed | $210,987.50 | $0.00 | $210,987.50 |
| Momentum II LLC Attn: Dimitry Godin 9525 Bryn Mawr Avenue Suite 300 Des Plaines, IL 60018 | | Preferred Equity Loan | | | | $1,636,444.45 |
| National Funding 4380 La Jolla Village Drive San Diego, CA 92122 | | Accounts, payables intangibles, general intangibles, equipment, inventory & personal property | Disputed | $80,040.38 | $0.00 | $80,040.38 |
| Salice America Inc. 2123 Crown Centre Drive Charlotte, NC 28277 | | Trade Credit | | | | $45,000.00 |
| Seamless Funding LLC 2001 Hollywood Boulevard Hollywood, FL 33020 | | Accounts, payables intangibles, general intangibles, equipment, inventory | Disputed | $187,375.00 | $0.00 | $187,375.00 |
| Sheares Logistics Assets LLC c/o Mapletreet US Managements, LLC 5 Bryant Park Suite 2800 New York, NY 10018 | | Commerical Lease | | | | $97,219.52 |
| Syndicate Group USA, Inc. 28-07 Jackson Avenue Unit 09-110 Long Island City, NY 11101 | | Accounts, payables intangibles, general intangibles, equipment, inventory | Disputed | $450,077.00 | $0.00 | $450,077.00 |

Debtor   Marfa Cabinets LLC
_____     Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| USKO Expedite Inc. 201 East Partridge Avenue Suite 400 Independence, MO 64055 | | Logistics | | | | $65,000.00 |
| Varteq, Inc. 233 South Wacker Drive Suite 8400 Chicago, IL 60606 | | Master Services Agreement | | | | $246,918.52 |
| Wurth Baer Supply Co. 909 Forest Edge Drive Vernon Hills, IL 60061 | | Trade Credit | | | | $45,000.00 |

**Fill in this information to identify the case:**

Debtor name    Marfa Cabinets LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** | BMO Harris Bank
Creditor's Name

111 West Monroe Street
Chicago, IL 60603
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Equipment

**Describe the lien**
UCC-1 (8/27/2021)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $24,755.66     Column B: Unknown

---

**2.2** | Eminent Funding LLC
Creditor's Name

369 Lexington Avenue
2nd and 3rd Floors
New York, NY 10017
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/6/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Accounts, payables intangibles, general intangibles, equipment, inventory

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $524,965.00     Column B: $0.00

---

| Debtor | Marfa Cabinets LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.3** | **Huntington National Bank**
Creditor's Name

41 South High Street
Columbus, OH 43215
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Equipment

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$138,291.45 | Unknown

---

**2.4** | **Knightbridge Funding LLC**
Creditor's Name
40 Wall Street
Suite 2903
New York, NY 10005
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/10/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts, payables intangibles, general intangibles, equipment, inventory

**Describe the lien**
UCC-1 (3/11/2025)
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$85,000.00 | $0.00

---

**2.5** | **Landmark Credit Union**
Creditor's Name

555 South Executive Drive
Brookfield, WI 53005
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Nissan 1

**Describe the lien**
Retail Installment Contract - Motor Vehicle
**Is the creditor an insider or related party?**
■ No

$3,838.31 | Unknown

---

Debtor  **Marfa Cabinets LLC**
Name

Case number *(if known)*

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Landmark Credit Union | | $4,468.69 | Unknown |
|---|---|---|---|---|

Creditor's Name

**555 South Executive Drive**
**Brookfield, WI 53005**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Nissan 2

**Describe the lien**
Retail Installment Contract - Motor Vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Liberty Funding Source | | $210,987.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**180 Maiden Lane**
**Floor 10**
**New York, NY 10038**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Accounts, payables intangibles, general intangibles, equipment, inventory

**Describe the lien**
UCC-1 (7/28/2025)
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**
6/30/2025
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | Millenium Bank | | $1,524,579.73 | Unknown |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Debtor   Marfa Cabinets LLC
_____   Case number (if known) _____
Name

Creditor's Name
_____   Accounts, payables intangibles, general
intangibles, equipment, inventory & personal
2077 Miner Street   property
Des Plaines, IL 60016   _____
Creditor's mailing address

**Describe the lien**
UCC-1 (8/1/2019)
_____
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known   ☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**   ☐ No
4/28/2023   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
0682   **As of the petition filing date, the claim is:**
**Do multiple creditors have an**   Check all that apply
**interest in the same property?**
■ No   ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.9 | Millenium Bank | **Describe debtor's property that is subject to a lien** | $1,500,000.00 | Unknown |

Creditor's Name
Accounts, payables intangibles, general
2077 Miner Street   intangibles, equipment, inventory & personal
Des Plaines, IL 60016   property
Creditor's mailing address   _____

**Describe the lien**
UCC-1 (8/1/2019)
_____
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known   ☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**   ■ No
11/2/2023   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
1329   **As of the petition filing date, the claim is:**
**Do multiple creditors have an**   Check all that apply
**interest in the same property?**
■ No   ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.10 | National Funding | **Describe debtor's property that is subject to a lien** | $80,040.38 | $0.00 |

Creditor's Name
Accounts, payables intangibles, general
4380 La Jolla Village Drive   intangibles, equipment, inventory & personal
San Diego, CA 92122   property
Creditor's mailing address   _____

**Describe the lien**
UCC-1   Citation Lien
_____
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known   ☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**   ☐ No
2025   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Debtor   **Marfa Cabinets LLC**
_____    Case number (if known) _____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **Nissan Motor Acceptance Corporation** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | **Describe debtor's property that is subject to a lien** | $3,838.52 | Unknown |
|---|---|---|---|---|
| | | Nissan 3 | | |

Bankruptcy Department
PO Box 660577
Dallas, TX 75266-0577
Creditor's mailing address

**Describe the lien**
Retail Installment Contract - Motor Vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Seamless Funding LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | **Describe debtor's property that is subject to a lien** | $187,375.00 | $0.00 |
|---|---|---|---|---|
| | | Accounts, payables intangibles, general intangibles, equipment, inventory | | |

2001 Hollywood Boulevard
Hollywood, FL 33020
Creditor's mailing address

**Describe the lien**
UCC-1 (7/18/2025)
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/30/2025
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 3 | **Syndicate Group USA, Inc.** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | **Describe debtor's property that is subject to a lien** | $450,077.00 | $0.00 |
|---|---|---|---|---|
| | | Accounts, payables intangibles, general intangibles, equipment, inventory | | |

28-07 Jackson Avenue
Unit 09-110
Long Island City, NY 11101

Debtor    Marfa Cabinets LLC                                    Case number (if known) _____
          Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | UCC-1 (4/18/2022) |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| 3/4/2025 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 4 | **US Bank** | **Describe debtor's property that is subject to a lien** | $127,830.16 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Equipment | | |

| | |
|---|---|
| 800 Nicollet Mall | |
| Minneapolis, MN 55402-4302 | |
| Creditor's mailing address | **Describe the lien** |
| | UCC-1 |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,866,047.40 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Joseph S. Jacobs<br>Ershowsky Verstandig PLLC<br>290 Central Avenue<br>Suite 109<br>Lawrence, NY 11559 | Line  2.7 | |
| Teller Levit & Silvertrust, P.C.<br>19 South LaSalle Street<br>Suite 701<br>Chicago, IL 60603 | Line  2.10 | |

Debtor    Marfa Cabinets LLC
          _____          Case number (*if known*)  _____
          Name

**Fill in this information to identify the case:**

Debtor name   Marfa Cabinets LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|  | Illinois Department of Employment Security 33 South State Street 10th Floor Chicago, IL 60603 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred 2025 & prior years | Basis for the claim: Unemployment Taxes |  |  |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|  | Illinois Department of Revenue Bankruptcy Section PO Box 19035 Springfield, IL 62794-9035 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
|  | Date or dates debt was incurred 2025 & prior years | Basis for the claim: Taxes |  |  |
|  | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes |  |  |

| Debtor | Marfa Cabinets LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
2025 & prior years

Basis for the claim:
Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address

Alvic USA LLC
525 Recker Highway
Auburndale, FL 33823

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$103,000.00

Date(s) debt was incurred  2025

Basis for the claim:  Trade Credit

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

Ateres Ayala Inc.
3412 West Touhy Avenue
Skokie, IL 60076

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$65,000.00

Date(s) debt was incurred _

Basis for the claim:  Rent Default

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

Avalon Transportation LLC
1000 Corporate Pointe
#150
Culver City, CA 90230

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,500.00

Date(s) debt was incurred _

Basis for the claim:  Logistics

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

Ayiva Capital Private Limited
68 Circular Road
#02-01
Singapore  49422

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$310,000.00

Date(s) debt was incurred _

Basis for the claim:  IT Consultants

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

Beyrak Family Office LLC
977 Sheridan Road
Winnetka, IL 60093

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,539,833.33

Date(s) debt was incurred  6/20/2023

Basis for the claim:  Preferred Equity Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Marfa Cabinets LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $364,583.30 |
|---|---|---|---|

Boyko
10 Plymouth Court
Lincolnshire, IL 60069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65,439.50 |
|---|---|---|---|

Dickinson Wright PLLC
2600 West Big Beaver Road
Suite 300
Troy, MI 48084-3312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115,000.00 |
|---|---|---|---|

Frank Paxton Lumber Company
5311 St John Avenue
Kansas City, MO 64120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,404.67 |
|---|---|---|---|

Holz-Her US Inc.
124 Crosslake Park Drive
Mooresville, NC 28117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Maintenance & Equipment Parts_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,182.68 |
|---|---|---|---|

HubSpot, inc.
25 First Street
Cambridge, MA 02141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _CRM Software_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,000.00 |
|---|---|---|---|

Kixie Inc.
406 Wilshire Boulevard
Santa Monica, CA 90401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Phone System_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,595.31 |
|---|---|---|---|

L-S Lighting Corp.
1505 Pavillion Place
Suite A
Norcross, GA 30093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Marfa Cabinets LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address**
Larson Solutions
2603 North Pennington Drive
Chandler, AZ 85224

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$8,000.00

---

**3.14** | **Nonpriority creditor's name and mailing address**
Momentum II LLC
Attn: Dimitry Godin
9525 Bryn Mawr Avenue
Suite 300
Des Plaines, IL 60018

**Date(s) debt was incurred** 6/20/2023

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Preferred Equity Loan

Is the claim subject to offset? ■ No ☐ Yes

$1,636,444.45

---

**3.15** | **Nonpriority creditor's name and mailing address**
Republic Services, Inc.
18500 North Allied Way
Phoenix, AZ 85054

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waste Management

Is the claim subject to offset? ■ No ☐ Yes

$3,439.35

---

**3.16** | **Nonpriority creditor's name and mailing address**
SafePoint IT
220 North Smith Street
Suite 430
Palatine, IL 60067

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** IT Infrastructure Support

Is the claim subject to offset? ■ No ☐ Yes

$12,500.00

---

**3.17** | **Nonpriority creditor's name and mailing address**
Salice America Inc.
2123 Crown Centre Drive
Charlotte, NC 28277

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$45,000.00

---

**3.18** | **Nonpriority creditor's name and mailing address**
Sheares Logistics Assets LLC
c/o Mapletreet US Managements, LLC
5 Bryant Park
Suite 2800
New York, NY 10018

**Date(s) debt was incurred** 4/19/2019

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commerical Lease

Is the claim subject to offset? ■ No ☐ Yes

$97,219.52

---

**3.19** | **Nonpriority creditor's name and mailing address**
Smart Freight Express Inc.
1036 Reder Road
Griffith, IN 46319

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Logistics

Is the claim subject to offset? ■ No ☐ Yes

$12,160.00

---

| Debtor | Marfa Cabinets LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,078.51 |
|---|---|---|---|

US Lift
2405 Hamilton Road
Arlington Heights, IL 60005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Equipment Leasing

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65,000.00 |
|---|---|---|---|

USKO Expedite Inc.
201 East Partridge Avenue
Suite 400
Independence, MO 64055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Logistics

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,035.11 |
|---|---|---|---|

Valen USA
555 Dixon Street
Lexington, NC 27293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Credit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $246,918.52 |
|---|---|---|---|

Varteq, Inc.
233 South Wacker Drive
Suite 8400
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/16/2023

**Basis for the claim:** Master Services Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,650.00 |
|---|---|---|---|

VK Inc.
2648 North Leclaire Avenue
Apt. 1
Chicago, IL 60639

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Logistics

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,000.00 |
|---|---|---|---|

Wurth Baer Supply Co.
909 Forest Edge Drive
Vernon Hills, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade Credit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Marfa Cabinets LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Paulina Garga-Chmiel<br>Dykema Gossett PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL 60606 | Line  3.18 <br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | Grieman Rome & Griesmeyer, LLC<br>205 West Randolph St., Suite 2300<br>Chicago, IL 60606 | Line  3.23 <br><br>☐  Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $            0.00 |
| **5b. Total claims from Part 2** | 5b.   +  | $    4,838,984.25 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    4,838,984.25 |

**Fill in this information to identify the case:**

Debtor name  Marfa Cabinets LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Alexander Doroshko | 2054 North Mohawk Street Chicago, IL 60614 | Sheares Logistics Assets LLC | ☐ D _____ <br> ■ E/F  3.18 <br> ☐ G _____ |
| 2.2 | Alexander Doroshko | 2054 North Mohawk Street Chicago, IL 60614 | Eminent Funding LLC | ■ D  2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Alexander Doroshko | 2054 North Mohawk Street Chicago, IL 60614 | Liberty Funding Source | ■ D  2.7 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Alexander Doroshko | 2054 North Mohawk Street Chicago, IL 60614 | Knightbridge Funding LLC | ■ D  2.4 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Alexander Doroshko | 2054 North Mohawk Street Chicago, IL 60614 | Seamless Funding LLC | ■ D  2.12 <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | Marfa Cabinets LLC | Case number *(if known)* |
|--------|--------------------|--------------------------|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|------------------------|--|------------------------|--|
| 2.6 | Alexander Doroshko | 2054 North Mohawk Street Chicago, IL 60614 | Syndicate Group USA, Inc. | ■ D ___2.13___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Alexander Doroshko | 2054 North Mohawk Street Chicago, IL 60614 | Millenium Bank | ■ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | Dennis Bihovski | 1740 Chapel Court Northbrook, IL 60062 | Sheares Logistics Assets LLC | ☐ D _____ <br> ■ E/F ___3.18___ <br> ☐ G _____ |
| 2.9 | Dennis Bihovski | 1740 Chapel Court Northbrook, IL 60062 | Eminent Funding LLC | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Dennis Bihovski | 1740 Chapel Court Northbrook, IL 60062 | Knightbridge Funding LLC | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Dennis Bihovski | 1740 Chapel Court Northbrook, IL 60062 | National Funding | ■ D ___2.10___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Dennis Bihovski | 1740 Chapel Court Northbrook, IL 60062 | Syndicate Group USA, Inc. | ■ D ___2.13___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | Dennis Bihovski | 1740 Chapel Court Northbrook, IL 60062 | Millenium Bank | ■ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | Marfa Cabinets LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Landmark Credit Union | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Landmark Credit Union | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Nissan Motor Acceptance Corporation | ■ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Marfa Cabinets LLC

Debtor(s)

Case No.

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | * |

* Plus such additional amounts due per attorney client agreement and attorneys hourly fee schedule

2.    The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    Alexander Doroshko, Anna Keller

3.    The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
       All services for Chapter 11 Debtor

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service: None.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 11, 2025

*Date*

Gregory K. Stern 6183380
*Signature of Attorney*
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558  Fax: (312) 427-1289
greg@gregstern.com
*Name of law firm*

---

## ATTORNEY CLIENT AGREEMENT

**THIS AGREEMENT**, made on August 11, 2025, is hereby entered into between Marfa Cabinets, LLC, 2050 South Mt. Prospect Road, Suite E, Des Plaines, Illinois 60481 (the "Client"), and Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60436 (the "Attorneys").

     1.    The Client has agreed to pay the Attorneys a fee for professional services rendered pursuant to paragraph 2 hereof. The fee shall be based and calculated on the Attorneys' standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $650.00 for Gregory K. Stern, $550.00 for Dennis E. Quaid, and Monica C. O'Brien and $450.00 for Rachel S. Sandler. The Client has agreed to pay the Attorneys a special purpose retainer of $25,000.00, which is being tendered contemporaneously with the execution of this Attorney-Client Agreement and as follows:

    i)    While the Client has the option to employ a security retainer, the Attorneys are unwilling to represent the Client without receiving a special purpose retainer because any security retainer would be property of the Client's bankruptcy estate.

    ii)    The special purpose retainer will not be held in a client trust account, and it will become the property of the Attorneys upon payment, and it will be deposited in the Attorney's general operating account.

    iii)    The retainer will be applied towards services rendered and expenses incurred. The Client shall pay the fee when billed, except that, during the pendency of the Chapter 11, the Client will pay for services pursuant to court orders entered on applications for interim or final compensation, or per a separate written agreement with the Attorneys.

    iv)    Any portion of the retainer that is not earned or required for expenses will be refunded to the Client.

    v)    The Client has the option to employ a security retainer, however, the Attorneys are unwilling to represent the Client without receiving a special purpose retainer because any security retainer might be property of the Client's bankruptcy estate.

    2.    The Fee consists of compensation for professional services including, but not limited to: analyzing case for filing a Chapter 11 proceeding, reviewing assets, liabilities, loan documentation, executory contracts and other relevant documentation; preparation of Chapter 11 petition, list of creditors, relevant documents for filing, Chapter 11 schedules and statement of financial affairs; representation at the first meeting of creditors; defending creditors' motions to convert, dismiss or modify the automatic stay, if any; preparation and presentation of motions to employ attorneys, accountants or other professional persons, motions for use, sale or lease of property, motions to assume or reject executory contracts; preparation and presentation of disclosure statement, plan and other necessary pleadings in furtherance of reorganizational goals; solicitation of creditor's acceptance; review of proofs of claims and objections regarding same; and, any other act or service in furtherance of reorganizational goals.

3.      The Fee does not include (a) court costs and filing fees, (b) Westlaw or related computer expenses (c) copying and postage, or (d) any other out of pocket costs or expenses.  All costs and expenses advanced by the Attorneys shall be paid when the Client is billed, with the exception that, during the Chapter 11 the Client will pay costs and expenses pursuant to court orders entered pursuant to applications for compensation, or per a separate written agreement with the Attorneys.

4.      Any modification of this Agreement is void unless it is in writing and signed by both parties.

_____                    _____
Marfa Cabinets, LLC                                                  Gregory K. Stern, P.C.
By: Alexander Doroshko, Manager

Alvic USA LLC
525 Recker Highway
Auburndale, FL 33823


Ateres Ayala Inc.
3412 West Touhy Avenue
Skokie, IL 60076


Avalon Transportation LLC
1000 Corporate Pointe
#150
Culver City, CA 90230


Ayiva Capital Private Limited
68 Circular Road
#02-01
Singapore 49422


Beyrak Family Office LLC
977 Sheridan Road
Winnetka, IL 60093


BMO Harris Bank
111 West Monroe Street
Chicago, IL 60603


Boyko
10 Plymouth Court
Lincolnshire, IL 60069


Dickinson Wright PLLC
2600 West Big Beaver Road
Suite 300
Troy, MI 48084-3312


Eminent Funding LLC
369 Lexington Avenue
2nd and 3rd Floors
New York, NY 10017


Frank Paxton Lumber Company
5311 St John Avenue
Kansas City, MO 64120

Paulina Garga-Chmiel
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606


Grieman Rome & Griesmeyer, LLC
205 West Randolph St., Suite 2300
Chicago, IL 60606


Holz-Her US Inc.
124 Crosslake Park Drive
Mooresville, NC 28117


HubSpot, inc.
25 First Street
Cambridge, MA 02141


Huntington National Bank
41 South High Street
Columbus, OH 43215


Illinois Department of Employment
Security
33 South State Street
10th Floor
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Joseph S. Jacobs
Ershowsky Verstandig PLLC
290 Central Avenue
Suite 109
Lawrence, NY 11559

Kixie Inc.
406 Wilshire Boulevard
Santa Monica, CA 90401


Knightbridge Funding LLC
40 Wall Street
Suite 2903
New York, NY 10005


L-S Lighting Corp.
1505 Pavillion Place
Suite A
Norcross, GA 30093


Landmark Credit Union
555 South Executive Drive
Brookfield, WI 53005


Larson Solutions
2603 North Pennington Drive
Chandler, AZ 85224


Liberty Funding Source
180 Maiden Lane
Floor 10
New York, NY 10038


Millenium Bank
2077 Miner Street
Des Plaines, IL 60016


Momentum II LLC
Attn: Dimitry Godin
9525 Bryn Mawr Avenue
Suite 300
Des Plaines, IL 60018


National Funding
4380 La Jolla Village Drive
San Diego, CA 92122


Nissan Motor Acceptance Corporation
Bankruptcy Department
PO Box 660577
Dallas, TX 75266-0577

Republic Services, Inc.
18500 North Allied Way
Phoenix, AZ 85054


SafePoint IT
220 North Smith Street
Suite 430
Palatine, IL 60067


Salice America Inc.
2123 Crown Centre Drive
Charlotte, NC 28277


Seamless Funding LLC
2001 Hollywood Boulevard
Hollywood, FL 33020


Sheares Logistics Assets LLC
c/o Mapletreet US Managements, LLC
5 Bryant Park
Suite 2800
New York, NY 10018


Smart Freight Express Inc.
1036 Reder Road
Griffith, IN 46319


Syndicate Group USA, Inc.
28-07 Jackson Avenue
Unit 09-110
Long Island City, NY 11101


Teller Levit & Silvertrust, P.C.
19 South LaSalle Street
Suite 701
Chicago, IL 60603


US Bank
800 Nicollet Mall
Minneapolis, MN 55402-4302


US Lift
2405 Hamilton Road
Arlington Heights, IL 60005

USKO Expedite Inc.
201 East Partridge Avenue
Suite 400
Independence, MO 64055


Valen USA
555 Dixon Street
Lexington, NC 27293


Varteq, Inc.
233 South Wacker Drive
Suite 8400
Chicago, IL 60606


VK Inc.
2648 North Leclaire Avenue
Apt. 1
Chicago, IL 60639


Wurth Baer Supply Co.
909 Forest Edge Drive
Vernon Hills, IL 60061

# United States Bankruptcy Court
### Northern District of Illinois

In re  Marfa Cabinets LLC

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Marfa Cabinets LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 11, 2025

Date

/s/ Gregory K. Stern

Gregory K. Stern 6183380

Signature of Attorney or Litigant

Counsel for   Marfa Cabinets LLC

Gregory K. Stern, P.C.

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289
greg@gregstern.com