**Fill in this information to identify the case:**

Debtor name: Marfa Cabinets LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 25-12238

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                             Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Millennium Bank | Checking | 0329 | $12,000.00 |
| 3.2. | PNC Bank | Checking | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Stripe, Inc. - credit card processor (reserves) | $72,648.79 |
| 4.2. | Paypal - payment processor account | $50,000.00 |
| 4.3. | Solana Pay - cedit card processor account | Unknown |

5. **Total of Part 1.**     $134,648.79
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 1

Debtor   Marfa Cabinets LLC                                    Case number *(If known)* 25-12238
         Name

### 6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

### 10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

11a. 90 days old or less:   637,736.07   -   0.00   = ....   $637,736.07
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   79,842.67   -   0.00   = ....   $79,842.67
                        face amount        doubtful or uncollectible accounts

**12. Total of Part 3.**   $717,578.74
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

### 13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

### 18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials Inventory | | Unknown | | $200,000.00 |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale Displays | | Unknown | | $25,000.00 |
| 22. Other inventory or supplies | | | | |

**23. Total of Part 5.**   $225,000.00
Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | Marfa Cabinets LLC | Case number (If known) 25-12238 |
|---|---|---|
| | Name | |

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office Furniture and Furnishings | Unknown | N/A | $12,450.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Computers | Unknown | N/A | $23,405.00 |
| 42. | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**  $35,855.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
■ Yes Fill in the information below.

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property           page 3

Debtor  **Marfa Cabinets LLC**  Case number *(If known)* 25-12238
        Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2021 Nissan NV200 | Unknown | Comparable sale | $16,000.00 |
| 47.2. 2021 Nissan NV1500 | Unknown | Comparable sale | $20,000.00 |
| 47.3. 2021 Nissan NV 200 | Unknown | Comparable sale | $15,000.00 |
| 47.4. Isuzu Box Truck | Unknown | Comparable sale | $25,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See Attachment #1 | Unknown | N/A | $350,000.00 |

51. **Total of Part 8.**                                                                                      $426,000.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 2050 South Mt Prospect Road, Suite E, DesPlaines, Illinois | Leasehold Interest | Unknown | N/A | Unknown |

| Debtor | Marfa Cabinets LLC | Case number (If known) 25-12238 |
|---|---|---|
| | Name | |

56. **Total of Part 9.**  $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   Marfa Cabinets LLC                                         Case number *(If known)* 25-12238
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $134,648.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $717,578.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $225,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $35,855.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $426,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,539,082.53   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,539,082.53 |

Schedule B, Question 50

| Machine | Brand | Serial No. | Model | Lender Name |
|---|---|---|---|---|
| Beam Saw | Holzher | 247/1-802 | 6120C | |
| Edge Bander | Holzher | 176/1-808 | 1556 | |
| Edge Bander | Holzher | 830/1-801 | 1329 | Huntington |
| Fork Lift | Yale | A839N02607B | ERC080HGN48TE082 | |
| Fork Lift | Yale | B814N01841C | RC040AHN36TE084 | |
| CNC | Holzher | 145/1-S10 | 7532 | Huntington |
| Forklift | Yale | C801N06305D | OS030ECN24TE089 | |
| Dowel Machine | Ganoo Mat | 833.831 | 471L130 | |
| Case Clamp | Ganno Mat | 0730-B700 | 864-929 | |
| Glue Gun | Ganno Mat | | | |
| Table Saw | Saw Stop | I180300176 | ICS53230 | |
| Packaging Strapper | PolyChem | 23346 | PC1000 | |
| Compressor | Atlas | ITJ117649 | 815292928 | |
| Compressor | Atlas | | | |
| Warehouse Racks | | | | |
| | Packsize | Lease | | |
| Blum Hinge Machine | | | | |
| Blum Hinge Machine | | | | |
| Dust Collector | Nederman | 19491-00 89311545 | 779570 | |
| Dust Collector | Nederman | 20025-00 89311545 | 782816 | |
| Point to Point CNC | HOLZ-HER PRO-MASTER 7017 Drilling Center – $ | | | US Bank |
| CNC | (1) HOLZ-HER Dynestic 7507 Nesting CNC Machining Center | | | US Bank |
| Table Saw | New KGS/ANC 1405 4-Axis Sliding Table Saw with All Attachments – $ | | | BMO |
| Door Clamp | New JLT 8' Five Row Panel Clamp with All Attachments | | | BMO |
| Dust Collector | New Nederman S-1000 Dust Collecto | | | BMO |
| Car | 2021 Nissan NV200 (41k mi) | 3N6CM0KN8MK696743 | | LandMark |
| Car | 2021 Nissan NV200 (56k mi) | 3N6CM0KN3MK698786 | | Nissan |
| Car | 2021 Nissan NV1500 (52k mi) | 1N6B0KM7MN805460 | | LandMark |
| Car | 2018 Isuzu NPR (105k mi) | JALC4W169J7008029 | | |

**Fill in this information to identify the case:**

Debtor name: Marfa Cabinets LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 25-12238

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Finance Agreement | |
| | State the term remaining | 9/2026 | BMO Harris Bank<br>1625 West Fountainhead Parkway<br>Tempe, AZ 85282 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement dated 4/9/2019 for 63 month term commencing 4/1/2019 and assigned to Marfa Cabinets, Inc. pursuant to Assignment and Assumption of Lease Agreement dated March 15, 2023 | |
| | State the term remaining | 1 Month | Sheares Logistics Assets, LLC<br>c/o Mapletree US Management, LLC<br>5 Bryant Park<br>Suite 2800<br>New York, NY 10018 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Finance Agreement | |
| | State the term remaining | 9/2028 | US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: Marfa Cabinets LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 25-12238

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | AD Group LLC | | Knightbridge Funding LLC | ■ D  2.4<br>☐ E/F ___<br>☐ G ___ |
| 2.2 | Alexander Doroshko | 2054 North Mohawk Street<br>Chicago, IL 60614 | Sheares Logistics Assets LLC | ☐ D ___<br>■ E/F  3.22<br>☐ G ___ |
| 2.3 | Alexander Doroshko | 2054 North Mohawk Street<br>Chicago, IL 60614 | Eminent Funding LLC | ■ D  2.2<br>☐ E/F ___<br>☐ G ___ |
| 2.4 | Alexander Doroshko | 2054 North Mohawk Street<br>Chicago, IL 60614 | Liberty Funding Source | ■ D  2.7<br>☐ E/F ___<br>☐ G ___ |
| 2.5 | Alexander Doroshko | 2054 North Mohawk Street<br>Chicago, IL 60614 | Knightbridge Funding LLC | ■ D  2.4<br>☐ E/F ___<br>☐ G ___ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 4

| Debtor | Marfa Cabinets LLC | | Case number (if known) | 25-12238 |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | Alexander Doroshko | 2054 North Mohawk Street<br>Chicago, IL 60614 | Seamless Funding LLC | ■ D  2.12<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Alexander Doroshko | 2054 North Mohawk Street<br>Chicago, IL 60614 | Syndicate Group USA, Inc. | ■ D  2.13<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Alexander Doroshko | 2054 North Mohawk Street<br>Chicago, IL 60614 | Millenium Bank | ■ D  2.8<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Alexander Doroshko | 2054 North Mohawk Street<br>Chicago, IL 60614 | Huntington National Bank | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Sheares Logistics Assets LLC | ☐ D ____<br>■ E/F  3.22<br>☐ G ____ |
| 2.11 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Eminent Funding LLC | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Knightbridge Funding LLC | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | National Funding | ■ D  2.10<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.14 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Syndicate Group USA, Inc. | ■ D 2.13<br>☐ E/F ___<br>☐ G ___ |
| 2.15 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Millenium Bank | ■ D 2.8<br>☐ E/F ___<br>☐ G ___ |
| 2.16 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Landmark Credit Union | ■ D 2.5<br>☐ E/F ___<br>☐ G ___ |
| 2.17 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Landmark Credit Union | ■ D 2.6<br>☐ E/F ___<br>☐ G ___ |
| 2.18 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Nissan Motor Acceptance Corporation | ■ D 2.11<br>☐ E/F ___<br>☐ G ___ |
| 2.19 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | US Bank Equipment Finance | ■ D 2.14<br>☐ E/F ___<br>☐ G ___ |
| 2.20 | Dennis Bihovski | 1740 Chapel Court<br>Northbrook, IL 60062 | Huntington National Bank | ■ D 2.3<br>☐ E/F ___<br>☐ G ___ |
| 2.21 | Dream Home LLC | | Knightbridge Funding LLC | ■ D 2.4<br>☐ E/F ___<br>☐ G ___ |

Official Form 206H              Schedule H: Your Codebtors              Page 3 of 4

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|

### Additional Page to List More Codebtors
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.22 | Georgiy Doroshko | 2531 Bluewater Drive<br>Wauconda, IL | US Bank Equipment Finance | ■ D  2.14<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name: Marfa Cabinets LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 25-12238

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☒ Amended Schedule   D, E, F
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 26, 2025        X  /s/ signature
                                         Signature of individual signing on behalf of debtor

Alexander Doroshko
Printed name

Manager
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors