**Fill in this information to identify the case:**

Debtor name: Marfa Cabinets LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 25-12238

■ Check if this is an amended filing

# Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **BMO Harris Bank**<br>Creditor's Name<br>1625 West Fountainhead Parkway<br>Tempe, AZ 85282<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>8/30/2021<br>Last 4 digits of account number 4001<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>See Attachment # 1<br><br>**Describe the lien**<br>UCC-1 (8/27/2021)<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,632.62 | $0.00 |
| **2.2** **Eminent Funding LLC**<br>Creditor's Name<br>369 Lexington Avenue<br>2nd and 3rd Floors<br>New York, NY 10017<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>6/6/2025<br>Last 4 digits of account number<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>Accounts, payables intangibles, general intangibles, equipment, inventory<br><br>**Describe the lien**<br>UCC-1<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:** Check all that apply | $524,965.00 | $0.00 |

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|

Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.3** **Huntington National Bank**
Creditor's Name

41 South High Street
Columbus, OH 43215
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0911

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
See Attachment #1

**Describe the lien**
UCC-1 (8/26/2019)

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$0.00   Unknown

---

**2.4** **Knightbridge Funding LLC**
Creditor's Name

40 Wall Street
Suite 2903
New York, NY 10005
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/10/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts, payables intangibles, general intangibles, equipment, inventory

**Describe the lien**
UCC-1 (3/11/2025)

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$85,000.00   $0.00

---

**2.5** **Landmark Credit Union**
Creditor's Name

555 South Executive Drive
Brookfield, WI 53005
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2021 Nissan NV200

**Describe the lien**
Retail Installment Contract - Motor Vehicle

**Is the creditor an insider or related party?**
- ■ No

$3,838.31   $16,000.00

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 7

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|
| | Name | | |

**Creditor's email address, if known**

☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Landmark Credit Union | Describe debtor's property that is subject to a lien | $4,468.69 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2021 Nissan NV1500 | | |

555 South Executive Drive
Brookfield, WI 53005
*Creditor's mailing address*

**Describe the lien**
Retail Installment Contract - Motor Vehicle

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Liberty Funding Source | Describe debtor's property that is subject to a lien | $210,987.50 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Accounts, payables intangibles, general intangibles, equipment, inventory | | |

180 Maiden Lane
Floor 10
New York, NY 10038
*Creditor's mailing address*

**Describe the lien**
UCC-1 (7/28/2025)

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**
6/30/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | Millenium Bank | Describe debtor's property that is subject to a lien | $1,524,579.73 | Unknown |
|---|---|---|---|---|

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|

**Creditor's Name**

2077 Miner Street
Des Plaines, IL 60016
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**
4/28/2023

**Last 4 digits of account number**
0682

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts, payables intangibles, general intangibles, equipment, inventory & personal property

**Describe the lien**
UCC-1 (8/1/2019)

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** | **Millenium Bank**
*Creditor's Name*

2077 Miner Street
Des Plaines, IL 60016
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**
11/2/2023

**Last 4 digits of account number**
1329

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts, payables intangibles, general intangibles, equipment, inventory & personal property

**Describe the lien**
UCC-1 (8/1/2019)

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,500,000.00    Unknown

---

**2.10** | **National Funding**
*Creditor's Name*

4380 La Jolla Village Drive
San Diego, CA 92122
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**
2025

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Accounts, payables intangibles, general intangibles, equipment, inventory & personal property

**Describe the lien**
UCC-1   Citation Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$80,040.38    $0.00

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 4 of 7

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1.1 | Nissan Motor Acceptance Corporation | | $3,838.52 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
2021 Nissan NV 200

Bankruptcy Department
PO Box 660577
Dallas, TX 75266-0577

Creditor's mailing address

**Describe the lien**
Retail Installment Contract - Motor Vehicle

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7448

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.2 | Seamless Funding LLC | | $179,006.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Accounts, payables intangibles, general intangibles, equipment, inventory

2001 Hollywood Boulevard
Hollywood, FL 33020

Creditor's mailing address

**Describe the lien**
UCC-1 (7/18/2025)

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/30/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1.3 | Syndicate Group USA, Inc. | | $450,077.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Accounts, payables intangibles, general intangibles, equipment, inventory

28-07 Jackson Avenue
Unit 09-110
Long Island City, NY 11101

---

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|
| | Name | | |

**Creditor's mailing address**

**Describe the lien**
UCC-1 (4/18/2022)

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
3/4/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.14**  **US Bank Equipment Finance**
Creditor's Name

1310 Madrid Street
Marshall, MN 56258
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
See Attachment #1

$127,830.16    Unknown

**Describe the lien**
UCC-1 (9/2/2021)

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/30/2021

**Last 4 digits of account number**
0679

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $4,714,264.16

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Joseph S. Jacobs<br>Ershowsky Verstandig PLLC<br>290 Central Avenue<br>Suite 109<br>Lawrence, NY 11559 | Line 2.7 | |

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| National Bankruptcy Service LLC<br>14841 Dallas Parkway Services LLC<br>Suite 300<br>Dallas, TX 75254 | Line 2.11 |
| Regain Group LLC<br>One Bridge Plaza North<br>Suite 868<br>Fort Lee, NJ 07024 | Line 2.12 |
| Teller Levit & Silvertrust, P.C.<br>19 South LaSalle Street<br>Suite 701<br>Chicago, IL 60603 | Line 2.10 |
| Triton Recovery LLC<br>3111 No University Drive<br>Suite 702<br>Pompano Beach, FL 33065 | Line 2.13 |

**Fill in this information to identify the case:**

Debtor name: **Marfa Cabinets LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 25-12238

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Illinois Department of Employment Security**<br>**33 South State Street**<br>**10th Floor**<br>**Chicago, IL 60603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred<br>**2025 & prior years** | Basis for the claim:<br>**Unemployment Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred<br>**2025 & prior years** | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 1 of 7

20289

Debtor **Marfa Cabinets LLC**  Case number (if known) **25-12238**
Name

| 2.3 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $847,490.93   Unknown |
|---|---|---|---|
| | Date or dates debt was incurred<br>**2025 & prior years** | Basis for the claim:<br>**Taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>Alvic USA LLC<br>525 Recker Highway<br>Auburndale, FL 33823 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $103,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred **2025**<br>Last 4 digits of account number _ | Basis for the claim: **Trade Credit**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>Ateres Ayala Inc.<br>3412 West Touhy Avenue<br>Skokie, IL 60076 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Rent Default**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>Avalon Transportation LLC<br>1000 Corporate Pointe<br>#150<br>Culver City, CA 90230 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Logistics**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>Ayiva Capital Private Limited<br>68 Circular Road<br>#02-01<br>Singapore  49422 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $310,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **IT Consultants**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Beyrak Family Office LLC<br>977 Sheridan Road<br>Winnetka, IL 60093 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,539,833.33 |
|---|---|---|---|
| | Date(s) debt was incurred **6/20/2023**<br>Last 4 digits of account number _ | Basis for the claim: **Preferred Equity Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Boyko<br>10 Plymouth Court<br>Lincolnshire, IL 60069<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan<br>Is the claim subject to offset? ■ No  ☐ Yes | $364,583.30 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Dickinson Wright PLLC<br>2600 West Big Beaver Road<br>Suite 300<br>Troy, MI 48084-3312<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No  ☐ Yes | $65,439.50 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Elite Living Remodeling, Inc.<br>8650 Miramar Road<br>San Diego, CA 92126<br>Date(s) debt was incurred  2025<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Listed For Notice Purposes<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Frank Paxton Lumber Company<br>5311 St John Avenue<br>Kansas City, MO 64120<br>Date(s) debt was incurred  2025<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Credit<br>Is the claim subject to offset? ■ No  ☐ Yes | $115,000.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Antonio Giamberduca<br>450 Hunter Lane<br>Lake Forest, IL 60045<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Listed For Notice Purposes<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Christopher Grizzle<br>32 Highland Avenue<br>Ansonia, CT 06401<br>Date(s) debt was incurred  1/30/2023<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Preliminary Cabinetry Purchase Agreement<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,900.82 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Holz-Her US Inc.<br>124 Crosslake Park Drive<br>Mooresville, NC 28117<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Maintenance & Equipment Parts<br>Is the claim subject to offset? ■ No  ☐ Yes | $19,404.67 |

Debtor  Marfa Cabinets LLC                             Case number (if known)   25-12238

| | Creditor | Claim details | Amount |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>HubSpot, inc.<br>25 First Street<br>Cambridge, MA 02141<br>Date(s) debt was incurred 2025<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: CRM Software<br>Is the claim subject to offset? ■ No ☐ Yes | $20,182.68 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Kixie Inc.<br>406 Wilshire Boulevard<br>Santa Monica, CA 90401<br>Date(s) debt was incurred 2025<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Phone System<br>Is the claim subject to offset? ■ No ☐ Yes | $7,000.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Krammer Cabinets<br>4736 Table Rock Road<br>Central Point, OR 97502<br>Date(s) debt was incurred 2025<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Listed For Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>L-S Lighting Corp.<br>1505 Pavillion Place<br>Suite A<br>Norcross, GA 30093<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | $19,595.31 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Larson Solutions<br>2603 North Pennington Drive<br>Chandler, AZ 85224<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | $8,000.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Momentum II LLC<br>Attn: Dimitry Godin<br>9525 Bryn Mawr Avenue<br>Suite 300<br>Des Plaines, IL 60018<br>Date(s) debt was incurred 6/20/2023<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Preferred Equity Loan<br>Is the claim subject to offset? ■ No ☐ Yes | $1,636,444.45 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Republic Services, Inc.<br>18500 North Allied Way<br>Phoenix, AZ 85054<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Waste Management<br>Is the claim subject to offset? ■ No ☐ Yes | $3,439.35 |

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>SafePoint IT<br>220 North Smith Street<br>Suite 430<br>Palatine, IL 60067<br>Date(s) debt was incurred  2025<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** IT Infrastructure Support<br>Is the claim subject to offset? ■ No  ☐ Yes | $12,500.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Salice America Inc.<br>2123 Crown Centre Drive<br>Charlotte, NC 28277<br>Date(s) debt was incurred  2025<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Credit<br>Is the claim subject to offset? ■ No  ☐ Yes | $45,000.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Sheares Logistics Assets LLC<br>c/o Mapletreet US Managements, LLC<br>5 Bryant Park<br>Suite 2800<br>New York, NY 10018<br>Date(s) debt was incurred  4/19/2019<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Commerical Lease<br>Is the claim subject to offset? ■ No  ☐ Yes | $97,219.52 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Smart Freight Express Inc.<br>1036 Reder Road<br>Griffith, IN 46319<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Logistics<br>Is the claim subject to offset? ■ No  ☐ Yes | $12,160.00 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>US Lift<br>2405 Hamilton Road<br>Arlington Heights, IL 60005<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Equipment Leasing<br>Is the claim subject to offset? ■ No  ☐ Yes | $12,078.51 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>USKO Expedite Inc.<br>11290 Point East Drive<br>Suite 110<br>Rancho Cordova, CA 95742<br>Date(s) debt was incurred  2023<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Logistics<br>Is the claim subject to offset? ■ No  ☐ Yes | $61,800.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Valen USA<br>555 Dixon Street<br>Lexington, NC 27293<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Credit<br>Is the claim subject to offset? ■ No  ☐ Yes | $8,035.11 |

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Varteq, Inc.<br>233 South Wacker Drive<br>Suite 8400<br>Chicago, IL 60606<br>Date(s) debt was incurred 1/16/2023<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Master Services Agreement<br>Is the claim subject to offset? ■ No ☐ Yes | $246,918.52 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Vertue Design Custom Cabinets<br>4123 Walney Road<br>Suite C<br>Chantilly, VA 20151<br>Date(s) debt was incurred 2025<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Listed For Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>VK Inc.<br>2648 North Leclaire Avenue<br>Apt. 1<br>Chicago, IL 60639<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Logistics<br>Is the claim subject to offset? ■ No ☐ Yes | $10,650.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Wurth Baer Supply Co.<br>909 Forest Edge Drive<br>Vernon Hills, IL 60061<br>Date(s) debt was incurred 2025<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | $45,000.00 |

**Part 3: List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Baxter Bailey & Associates<br>6858 Swinnea Road<br>Building 4<br>Southaven, MS 38671 | Line 3.25<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Paulina Garga-Chmiel<br>Dykema Gossett PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL 60606 | Line 3.22<br>☐ Not listed. Explain ____ | __ |
| 4.3 | Grieman Rome & Griesmeyer, LLC<br>205 West Randolph St., Suite 2300<br>Chicago, IL 60606 | Line 3.27<br>☐ Not listed. Explain ____ | __ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| Debtor | Marfa Cabinets LLC | Case number (if known) | 25-12238 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---:|
| 5a. Total claims from Part 1 | | 5a.    $ | 847,490.93 |
| 5b. Total claims from Part 2 | | 5b.  + $ | 4,841,685.07 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | | 5c.    $ | 5,689,176.00 |

**Fill in this information to identify the case:**

Debtor name: Marfa Cabinets LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 25-12238

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended Schedule   D, E, F
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 26, 2025      X  /s/ signature
                                       Signature of individual signing on behalf of debtor

Alexander Doroshko
Printed name

Manager
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors