IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARFA CABINETS LLC, | ) | Case No. 25-12238 |
| | ) | |
| Debtor, | ) | Hon. Deborah L. Thorne |

## NOTICE OF MOTION

TO: See Attached Service List

**PLEASE TAKE NOTICE THAT** on October 1, 2025, at 1:00 p.m., I shall appear before the Honorable Judge Deborah L. Thorne, or any other judge sitting in her stead, either in Courtroom 682, 219 South Dearborn Street, Chicago, Illinois, or electronically as described below and request a hearing on the Debtor's Motion to Approve Use of Pre-Petition Bank Account at Millenium Bank, a copy of which is attached hereto and thereby served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: http://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 and there is not a password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, these motions will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motions in advance without a hearing.



                 /s/ Gregory K. Stern
                 Gregory K. Stern

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby certify that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **NOTICE OF MOTION** and **MOTION** to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same on 24th day of September, 2025.

                 s/ Gregory K. Stern
                 Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID # 6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Adam Brief
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, Illinois 60604

Edmond M. Burke
Edgar A. Quintero
120 South Riverside Plaza
Suite 1700
Chicago, Illinois 60606

Shanna M. Kaminski
P.O. Box 247
Grass Lake, Michigan 49240

Ariel Weissberg
125 South Wacker Drive
Suite 300
Chicago, Illinois 60606

**Parties Served By United States Mail**

Marfa Cabinets LLC
2050 South Mt. Prospect Road
Suite E
Des Plaines, Illinois 60018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| MARFA CABINETS LLC, | ) | Case No. 25-12238 |
| | ) | |
| Debtor, | ) | Hon. Deborah L. Thorne |

**MOTION TO APPROVE USE OF PRE-PETITION BANK
ACCOUNT AT MILLENIUM BANK**

Now comes Debtor, Marfa Cabinets LLC, Debtor and Debtor in Possession, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid, and Rachel S. Sandler, and in support of its Motion to Approve Use of Pre-Petition Bank Account at Millenium Bank , states as follows:

1. On August 11, 2025, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor, as Debtor In Possession, has continued in possession of its property, pursuant to §§ 1107 and 1108.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1334; and this matter constitutes a core proceeding under 28 U.S.C. §157(b).

4. The Debtor operates its business of manufacturing custom cabinets from its premises in Des Plaines, Illinois.

5. Pursuant to section 345(b) of the Bankruptcy Code, any deposit or other investment made by a debtor, except those insured or guaranteed by the United States or by a department, agency or instrumentality of the United States or backed by the full faith and credit of the United States, must be secured by either a bond in favor of the United States that is secured by the undertaking of a corporate surety approved by the United States Trustee for the relevant district or the deposit of securities of the kind specified in 31 U.S.C § 9303.

6. The Debtor is desirous of maintaining its pre-petition financial account at Millenium Bank due to customers payments being deposited into the Millenium Bank account regularly and in the ordinary course of

the Debtor's business.  A change in this practice would result in a disruption of the Debtor's business operations.

7. By this Motion, the Debtor requests that this Court enter an order excusing the Debtor's requirement to obtain and maintain a Debtor-in-Possession bank account and authorizing the Debtor's continued use of its pre-petition account during the pendency of this Chapter 11 case.

8. Millenium Bank is FDIC insured, and all of the Debtor's deposits at Millenium Bank remain below FDIC insurable amount of $250,000.  Millenium Bank is also a creditor with a security interest in all the assets of the Debtor.

9. The Debtor has provided notice of this motion via US Mail and/or the Court's ECF system to: (a) the Office of the United States Trustee; and (b) all parties who have requested notices through the Court's CM/ECF system. In light of the nature of the relief requested, the Debtor submits that no further notice is necessary.

**WHEREFORE**, the Debtor, Marfa Cabinets  LLC, prays for an order, pursuant to 11 U.S.C. §345 excusing the Debtor's requirement to obtain and maintain a Debtor-in-Possession bank account and authorizing the Debtor's continued use of its pre-petition Millenium Bank account during the pendency of this Chapter 11 case; and, for such other further relief as this Court deems just.

By:    /s/ Gregory K. Stern
Gregory K. Stern, Attorney

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558